**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1631

MATRIARCHAL MOABITE MOTHER, Raaj Amexem Moor Rafa EL,
Trustee Great Seal Continental United States Federal
Republic, Ancient Moabite (Asiatic Moorish/Muurish) Nation
of the Americas, Treaty of Amity and Commerce (Peace and
Friendship) 1787/1836,

                    Plaintiff - Appellant,

          v.

MARTIN JOSEPH O'MALLEY, in his official capacity as Governor
of State of Maryland; ANTHONY G. BROWN, in his official
capacity as Lieutenant Governor of State of Maryland,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Ellen Lipton Hollander, District Judge.
(1:12-cv-01055-ELH)

Submitted:  September 27, 2012      Decided:  October 1, 2012

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Matriarchal Moabite Mother, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matriarchal Moabite Mother appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Mother v. O'Malley, No. 1:12-cv-01055-ELH (D. Md. Apr. 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED